UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS L. PAYNE, SID ARCHINAL, GARY H. KARESH, JO ANN KARESH, BELCA D. SWANSON AND MERLE K. SWANSON individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTHONY J. DeLUCA, HARRY J. SOOSE, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, DANIEL A. D'ANIELLO, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, JAMES DAVID WATKINS, and THE CARLYLE GROUP,<br><br>　　　　　　　　　　　　　Defendants. | **CIVIL ACTION NO. 02-1927**<br><br>**CLASS ACTION**<br><br>**Chief Judge Donetta W. Ambrose** |
| ALBERT L. GLOVER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY J. DeLUCA, HARRY J. SOOSE, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, DANIEL A. D'ANIELLO, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, JAMES DAVID WATKINS, and THE CARLYLE GROUP,<br><br>　　　　　　　　　　　　　Defendants. | **CIVIL ACTION NO. 03-0288**<br><br>**CLASS ACTION**<br><br>**Chief Judge Donetta W. Ambrose** |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**

TO:　Clerk, United States District Court, Western District of Pennsylvania:

　　PLEASE TAKE NOTICE that the undersigned counsel for Lead Plaintiffs shall move before the Honorable Donetta W. Ambrose of the United States District Court for the Western

District of Pennsylvania, located at 700 Grant Street, Pittsburgh, Pennsylvania, for entry of two Orders (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the settlements between Lead Plaintiffs, and Defendants; (c) approving notices to the Class of the proposed Settlements, in substantially the same form as the Notice of Pendency and Proposed Settlement of Class Action and Settlement Hearing; and (d) scheduling a final approval hearing for a date at the Court's convenience.  The Defendants do not oppose this motion.

Dated: April 21, 2009                    GLANCY BINKOW & GOLDBERG LLP


By: ___/s/ Lionel Z. Glancy_____
    Lionel Z. Glancy

Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California  90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

Lead Counsel for Plaintiffs