UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS L. PAYNE, SID ARCHINAL, GARY H. KARESH, JO ANN KARESH, BELCA D. SWANSON AND MERLE K. SWANSON individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANTHONY J. DeLUCA, HARRY J. SOOSE, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, DANIEL A. D'ANIELLO, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, JAMES DAVID WATKINS, and THE CARLYLE GROUP,<br><br>  Defendants. | CIVIL ACTION NO. 02-1927<br><br>**CLASS ACTION**<br><br>**Chief Judge Donetta W. Ambrose** |
| ALBERT L. GLOVER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY J. DeLUCA, HARRY J. SOOSE, FRANCIS J. HARVEY, JAMES C. MCGILL, RICHARD W. POGUE, DANIEL A. D'ANIELLO, PHILIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, JAMES DAVID WATKINS, and THE CARLYLE GROUP,<br><br>  Defendants. | CIVIL ACTION NO. 03-0288<br><br>**CLASS ACTION**<br><br>**Chief Judge Donetta W. Ambrose** |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION, THE CERTIFICATION OF THE SETTLEMENT CLASS, AND FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO: Clerk, United States District Court, Western District of Pennsylvania:

PLEASE TAKE NOTICE that on August 11, 2009, the undersigned counsel for Lead Plaintiffs shall move before the Honorable Donetta W. Ambrose of the United States District Court for the Western District of Pennsylvania, located at 700 Grant Street, Pittsburgh, Pennsylvania, for entry of two Final Judgment and Orders, substantially in the form of Exhibits B to the Stipulations of Settlement filed with this Court on April 22, 2009: (a) dismissing this action with prejudice against the defendants; (b) approving the Settlement and Plan of Allocation and certifying the Settlement Class; and (c) granting the Application for Attorneys' Fees and Reimbursement of Litigation Expenses.

This motion shall be made upon the accompanying (i) Declaration of Lionel Z. Glancy in Support of Final Approval of the Proposed Settlement and Plan of Allocation, the Certification of the Settlement Class, and the Application for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) Lead Plaintiffs' Memorandum of Points and Authorities in Support of Final Approval of the Proposed Settlement and Plan of Allocation, and Certification of the Settlement Class; and (iii) Lead Plaintiffs' Memorandum of Points and Authorities in Support of Application for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

DATED: August 4, 2009                    Respectfully submitted,

                                         *s/Lionel Z. Glancy*
                                         Lionel Z. Glancy

                                         GLANCY BINKOW & GOLDBERG LLP
                                         1801 Avenue of the Stars, Suite 311
                                         Los Angeles, California 90067
                                         Telephone:    (310) 201-9150
                                         Facsimile:    (310) 201-9160

--and--

Marc L. Newman
THE MILLER LAW FIRM, P.C.
Miller Building
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone:     (248) 841-2200
Facsimile:      (248) 652-2852

*Co-Lead Counsel for Lead Plaintiffs*


Steven A. Schwartz
CHIMICLES & TIKELLIS LLP
361 West Lancaster Ave.
Haverford, Pennsylvania 19041
Telephone:     (610) 642-8500
Facsimile:      (610) 649-3633

*Additional Counsel for Lead Plaintiffs*